IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-1655-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     $422,268.00 IN UNITED STATES CURRENCY,

        Defendant.
_____

### WARRANT FOR ARREST OF PROPERTY *IN REM*
_____

TO: UNITED STATES MARSHALS SERVICE AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

      PURSUANT to the *Order for Warrant for Arrest of Property In Rem* issued by this Court, YOU ARE HEREBY COMMANDED TO ARREST AND SEIZE as soon as practicable, the following defendant assets described in the *Verified Complaint for Forfeiture In Rem* filed herewith, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court:

      a)  $422,268.00 in United States Currency

      DATED this 7th day of July, 2022.

                                              JEFFREY P. COLWELL
                                              Clerk of the U.S. District Court

                                              By: s/L. Roberson
                                                  Deputy Clerk