IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01655-WJM-NRN

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. $422,268.00 IN UNITED STATES CURRENCY,

Defendant.

---

ORDER SETTING STATUS CONFERENCE

Entered by U.S. Magistrate Judge N. Reid Neureiter

The above-captioned case has been referred to Magistrate Judge N. Reid Neureiter pursuant to the Order Referring Case entered by Judge William J. Martinez on July 8, 2022 (Dkt. #7).

**IT IS HEREBY ORDERED** that a Status Conference shall be held on:

> October 19, 2022 at 10:30 a.m.
> in Courtroom C-203,
> Second Floor,
> Byron G. Rogers U.S. Courthouse,
> 1929 Stout Street,
> Denver, Colorado 80294

**Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a written request is made FIVE (5) business days in advance of the date of appearance.**

The Status Conference will be conducted via telephone. The parties are directed to call the conference line as a participant at (888) 398-2342, Access Code 5755390# at the scheduled time.

Please remember that **everyone** seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification.  See D.C.COLO.LCivR 83.2B.  Failure to comply with this requirement will result in denial of

entry into the Byron G. Rogers United States Courthouse.

Done and signed this 8th day of July, 2022.

BY THE COURT:

s/N. Reid Neureiter
N REID NEUREITER
United States Magistrate Judge