**ADAMS COUNTY DETENTION FACILITY**
150 North 19th Avenue
PO Box 5001
Brighton, CO 80601-5001
303-654-1850

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 31 2022

JEFFREY P. COLWELL
CLERK

1:22-CV-01655-WJM-NRN

To Alfred A Arrat my name is Guillermo Valdez and have case # above to contest forfeiture have complied with everything asked of me to no avail. Is this Due Process in Colorado? No response is innappropriate but am asking for justice. Please advise me what channels need to be taken have complied with everything asked of me. Since I am indigent have no other means to reach justice. What is a hard working tax paying citizen like myself to do?

Guillermo Valdez
[signature]

Form 4242 (08/00)





US POSTAGE PITNEY BOWES
ZIP 80601 $ 000.57
02 4W
0000375819 AUG. 29. 2022

ENCLOSED MATERIAL HAS NOT
BEEN INSPECTED BY ADAMS
COUNTY DETENTION FACILITY

NAME Guillermo Valdez
ACDF# 9062   UNIT 6-66

ADAMS COUNTY DETENTION FACILITY
150 North 19th Avenue
Brighton, CO 80601

LEGAL MAIL

AUG 2 9 2022

ADAMS COUNTY
DETENTION FACILITY

Office of the Clerk
United States District Court
Alfred A ARRAJ Court House
901 - 19th St Room A105
Denver Co 80294-3589