IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01655-WJM-NRN

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. $422,268.00 IN UNITED STATES CURRENCY,

Defendant.

MINUTE ORDER[1]

Entered by Magistrate Judge N. Reid Neureiter

     This matter is before the Court on an untitled document filed by Claimant Guillermo Valdez on August 31, 2022 (Dkt. #13) (the "Letter"). Generally, the Court does not take any action in response to letters sent to the Court. If a party wishes to ask the Court for relief, that party must file a motion. Fed. R. Civ. P. 7(b). As explained in Rule 7, a motion must be in writing, state the grounds for the request, and state the relief sought. The Claimant's Letter does not comply with Rule 7. Even though Mr. Valdez proceeds pro se in this lawsuit, he must follow the same procedural rules that govern other litigants. *Nielson v. Price*, 17 F.3d 1276, 1277 (10th Cir. 1994). This includes the Federal Rules of Civil Procedure and the local rules of this Court. Failure to do so may result in sanctions. However, the Letter generally expresses confusion and dissatisfaction with the legal process. Accordingly, it is hereby ORDERED that the Court will address Mr. Valdez's concerns and other case management issues at the Status Conference set for October 19, 2022 at 10:30 a.m. The parties are directed to call the

---

[1] Rule 72(a) of the Federal Rules of Civil Procedure provides that when a pretrial matter not dispositive of a party's claim or defense is referred to a Magistrate Judge to hear and decide, the Magistrate Judge must issue a written order stating the decision. Within fourteen (14) days after service of a copy of this Minute Order, any party may serve and file written objections with the Clerk of the United States District Court for the District of Colorado.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(a).  Failure to make any such objection will result in a waiver of the right to appeal the non-dispositive order. See Sinclair Wyo. Ref. Co. v. A & B Builders, Ltd. 989 F.3d 747, 782 (10th Cir. 2021) (firm waiver rule applies to non-dispositive orders); but see Morales-Fernandez v. INS, 418 F.3d 1116, 1119, 1122 (10th Cir. 2005) (firm waiver rule does not apply when the interests of justice require review, such as when a "pro se litigant has not been informed of the time period for objecting and the consequences of failing to object").

2

conference line as a participant at (888) 398-2342, Access Code 5755390# at the scheduled time.

In the future, the Court will take no action in response to letters or untitled documents filed by Mr. Valdez.

Date: September 2, 2022